UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRENDA COARSEY, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:13-cv-01454 |
| ) | Judge Aleta A. Trauger |
| v. ) | |
| ) | |
| REGIONS BANK CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 31) is **GRANTED**. The plaintiff's Amended Complaint is hereby **DISMISSED WITH PREJUDICE**. Entry of this Order shall constitute judgment in the case.

It is so **ORDERED**.

Enter this 4th day of March 2015.

_____
ALETA A. TRAUGER
United States District Judge